AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

TAUNYA SPERRY
                    Plaintiff (s),
V.
SECURITAS SECURITY SERVICES USA, INC.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 13-00906 RS

Notice is hereby given that, subject to approval by the court, __SECURITAS SECURITY SERVICES__ substitutes
(Party (s) Name)

__SHERRY BETH SHAVIT__, State Bar No. __193222__ as counsel of record in
(Name of New Attorney)

place of __THOMAS P. BROWN IV, BROWN GITT LAW GROUP, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Tharpe & Howell, LLP
Address: 15250 Ventura Blvd., 9th Floor, Sherman Oaks, CA 91403
Telephone: (818) 205-9955   Facsimile (818) 205-9944
E-Mail (Optional): sshavit@tharpe-howell.com

I consent to the above substitution.
Date: 6-11-13

_Securitas USA_
_M. Pope_
(Signature of Party (s))

I consent to being substituted.
Date: 6/13/13

_Thomas Brown_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/17/13

_Sherry Shavit_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/10/13

_Richard Seeborg_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]