IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TAUNYA SPERRY,                                                    No. C 13-00906 RS

        Plaintiffs,                                              **STANDBY ORDER OF DISMISSAL**

  v.

SECURITAS SECURITY SERVICES USA,

        Defendants.
_____/

     The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **June 23, 2014.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 26, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 5/8/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE